16-2014-CA-001413-XXXX-MA

Filing # 10703859 Electronically Filed 02/26/2014 11:28:35 AM

**IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA**

**CASE NO:**

**DIVISION:**

**CHRISTINE GREER,**

      Plaintiff(s),

vs.

**STONEBRIDGE LIFE INSURANCE COMPANY,**

      Defendant(s).

_____/

## COMPLAINT

**COMES NOW,** the Plaintiff, **CHRISTINE GREER,** by and through her undersigned attorney, and files this complaint against the Defendant, **STONEBRIDGE LIFE INSURANCE COMPANY**(hereinafter referred to as "**STONEBRIDGE**"), and states:

    1.    This is an action for damages in excess of $15,000.00 exclusive of interest, costs and attorney's fees.

    2.    The acts and omissions hereinafter complained of occurred in Duval County, Florida in the above-titled judicial district.

    3.    At all times material hereto Plaintiff was a resident of Duval County, Florida.

    4.    At all times material hereto the Defendant was an insurance company licensed to do business in the State of Florida.

    5.    At all times material hereto the Plaintiff was the beneficiary of a policy of life insurance (hereinafter referred to as the "Policy") issued by Defendant. Said Policy is attached hereto and incorporated herein by reference as "Exhibit A".

6.     The Policy was delivered and issued for delivery in the State of Florida, and was to be performed in the State of Florida.

7.     On January 17, 2011, the named insured of the Policy, Cynthia Greer, Plaintiff's daughter, died.

8.     On January 17, 2011, Plaintiff, the only living kin of the named insured on the Policy, became entitled to proceeds of the life insurance policy.

9.     On April 24, 2012, Defendant notified Plaintiff that Defendant was denying benefits under the policy, citing a policy exclusion.

10.    The Defendant's denial of insurance proceeds to the Plaintiff was wrongful.

11.    Plaintiff is entitled to life insurance benefits under the Policy as a result of the death of the insured.

12.    Plaintiff gave the required Notice under Florida Statute 624.155, and otherwise fulfilled all conditions precedent to the institution of this action.

13.    The Policy was a contract of insurance between the Parties as specified above.

14.    Plaintiff has made valid claims under the contract, and Defendant has no valid defense for its failure to honor the contract.

15.    Defendant breached its contract of insurance by wrongfully denying to the Plaintiff payments for life insurance benefits under the contract of insurance.

16.    Plaintiff has been damaged in that Plaintiff has been deprived of life insurance benefits under the Policy.

17.    Plaintiff has been required to obtain the services of the undersigned attorneys to prosecute the instant claim.

2

**WHEREFORE,** Plaintiff demands judgment against Defendant for all damages awardable under the Policy together with prejudgment interest, costs and attorney's fees pursuant to Florida Statute 627.428, and further demands trial by jury.

DATED THIS __26th__ day of February, 2014.

LAW OFFICES OF THOMAS M. FARRELL, IV, P.A.

__s/ Thomas M. Farrell, IV_____
Thomas M. Farrell, IV
Florida Bar No.: 972347
Attorney for Plaintiff
2319 Oak Street
Jacksonville, Florida 32204
Telephone: (904) 388-8870
Fax: (904) 388-8785
E-mail: Tom@tfarrellpa.com

3