IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| CHRISTINE GREER, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) FILE NO.: 3:14-cv-647-J-34MCR |
| vs. | ) |
| | ) |
| STONEBRIDGE LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant Stonebridge Life Insurance Company ("Stonebridge"), by and through its undersigned counsel, hereby files its Answer and Affirmative Defenses to the Complaint ("Complaint") filed by Plaintiff Christine Greer ("Greer") in the above-captioned matter by admitting, denying, and averring as follows:

1. Defendant admits that Plaintiff seeks damages but otherwise denies the allegations of paragraph 1 of the Complaint.

2. Defendant admits the allegations of paragraph 2 of the Complaint for venue purposes only.

3. Defendant is without knowledge and therefore denies the allegations of paragraph 3 of the Complaint.

4. Defendant admits the allegations of paragraph 4 of the Complaint.

5. Defendant denies the allegations of paragraph 5 of the Complaint and asserts that the Policy attached as Exhibit A speaks for itself.

6. Defendant denies the allegations of paragraph 6 of the Complaint.

7. Defendant admits that the named insured of the Policy died but otherwise denies the remaining allegations of paragraph 7 of the Complaint.

8. Defendant denies the allegations of paragraph 8 of the Complaint.

9. Defendant admits the allegations of paragraph 9 of the Complaint.

10. Defendant denies the allegations of paragraph 10 of the Complaint.

11. Defendant denies the allegations of paragraph 11 of the Complaint.

12. Defendant denies the allegations of paragraph 12 of the Complaint.

13. Defendant denies the allegations of paragraph 13 of the Complaint.

14. Defendant denies the allegations of paragraph 14 of the Complaint.

15. Defendant denies the allegations of paragraph 15 of the Complaint.

16. Defendant denies the allegations of paragraph 16 of the Complaint.

17. Defendant is without knowledge and therefore denies the allegations of paragraph 17 of the Complaint.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiff's claim for breach of contract fails as Defendant denied Plaintiff's claim for benefits in accordance with the terms of the Policy such that no breach occurred and thus Plaintiff has failed to state a cause of action.

### Second Affirmative Defense

Plaintiff's claim for benefits is barred as the insured's death was not an accident as required for coverage under the Policy.

### Third Affirmative Defense

Plaintiff's claim for benefits is barred by a policy exclusion as the insured's death was caused by or resulted from her blood alcohol level being .10 percent weight by volume or higher.

WHEREFORE, Defendant Stonebridge Life Insurance Company requests entry of a judgment in its favor and against Plaintiff Christine Greer and awarding it costs and such other and further relief as the Court deems appropriate.

        BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
        Professional Association

By: s/Courtney K. Grimm
    Courtney K. Grimm
    Florida Bar No. 953740
    cgrimm@bedellfirm.com
    The Bedell Building
    101 East Adams Street
    Jacksonville, Florida 32202
    Telephone: (904) 353-0211
    Facsimile: (904) 353-9307

Counsel for Defendant Stonebridge Life Insurance Company

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this __13th__ day of June, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

      s/Courtney K. Grimm
Courtney K. Grimm
cgrimm@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone (904) 353-0211
Facsimile (904) 353-9307